# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:21-CV-00518-RJC-DSC

| | | |
|---|---|---|
| NADINE ENGEL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| SUNENERGY1 LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Mitchell Boyarsky and Robert O. Sheridan]" (documents ##6 and 7) filed November 29, 2021.  For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 30, 2021

David S. Cayer
United States Magistrate Judge